**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------x**

**Index No**

**Rahul Manchanda,**

**Plaintiffs,**

**COMPLAINT**

**-against-**

**New York Family Court Support Magistrate Kevin Mahoney, New York Family Court Anna Lewis, New York Supreme Court Judge Erika Edwards, US Department of Health and Human Services, NYS Attorney General Letitia James, NYS Assistant Attorney General Shi-Shi Wang, Law Clerk Alana Gardner, Assistant Law Clerk Joshua Rodriguez,**

**Defendants.**

**----------------------------------x**

Plaintiff, Rahul Manchanda, for his Complaint against above named Defendants alleges:

1. Plaintiff, at all times relevant hereto, works and owns Manchanda Law Office PLLC, located at 30 Wall Street, 8th Floor, New York NY 10005.

2. Defendants live and work at various locations throughout New York State and New York City.

**PRELIMINARY STATEMENT**

3. One of the greatest problems with communist/socialist infiltrators of the United States government especially in New York City, the home of the Communist Party of the USA, is how they meticulously,

sinuously, and sneakily stretch already bad, overbroad, unconstitutional legislation drafted by either deaf and dumb bought and paid for legislators or communist-inspired Judges such as ex Romanian communist Alex Kosinski of the Ninth Circuit of California who up until a few years ago served on the bench until he was thrown out for sexually molesting and harassing his law clerks and other female victims.

4. The federal Child Support Standards Act as well as its New York equivalent Family Court Act § 413 demands that before a child support order can be issued, both parents (non custodial and custodial) need to submit their financials during discovery before a decision can be made by the Child Support Magistrate (or Judge).

5. But what happens when the Magistrate or Judge openly disregards the law?

6. What happens when they purposefully overlook the black letter of state and federal statutes, only because they despise one of the parents/litigants, and use their position of authority within the legal system to target, punish, bankrupt, incarcerate, and eventually murder that parent?

7. This kind of government employee abuse can easily be purchased for cold hard cash, sweet heart mortgage deals, coveted teaching

positions, or just because these loser corrupt government workers just want to feel important and all powerful.

8. This is why America is supposed to be a nation of laws, where even government workers need to be held accountable for their illegal, unethical, and immoral actions and behavior.

9. To that end, this complaint concerns the non-stop malicious prosecution, aggravated harassment, abuse of process, vexatious litigation, judicial corruption, judicial bias, civil and criminal RICO, judicial misconduct, and public corruption, committed jointly by co-defendants since at least 2020 all the way to the present day, directly and proximately contributing to and causing Plaintiff Rahul Manchanda's heart attack and cardiovascular problems, as well as now his spouse Sylwia Manchanda's colloidal cyst/brain tumor problems, further bankrupting plaintiffs by co-defendants coordinated legal onslaught going on many years (20) now.

10. As this lawsuit demonstrates, defendants are weaponizing the judicial and legal system, abusing their position and power to bankrupt and destroy Plaintiff and his family, "soft kill" the plaintiff on behalf of Jewish Organized Crime, Extremist Jewish Zionist donors, financial contributors, communist oligarchs, within their orbit and sphere of influence, simply for Plaintiff expressing his political views that go against hardcore extremist Jewish and

Zionist domestic and foreign policy.

**Child Support Standards Act**

11. This case involves various violations of the federal Child Support Standards Act ("CSSA") Title IV-D of the Social Security Act which requires uniform application of child support guidelines throughout a state, but each state can determine its own method of calculating support, and at a minimum, 45 C.F.R. § 302.56 was enacted in 1992 to ensure that child support awards are fair and consistent across the United States.

12. The CSSA requires states to establish guidelines for determining child support awards based on the income of both parents and the number of children involved.

13. The law also provides for the enforcement of child support orders across state lines, making it easier for parents to collect child support payments from non-custodial parents who live in other states.

14. The Office of Child Support Enforcement ("OCSE"), which is part of the U.S. Department of Health and Human Services ("DHHS"), is responsible for enforcing federal child support laws and regulations.

15. The OCSE works with state and local agencies to ensure that parents meet their financial obligations to their children.

**42 U.S.C. § 1983 CIVIL LIABILITY ISSUES**

16. Pursuant to 42 U.S.C. § 1983, every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable;

**CIVIL RIGHTS ACT OF 1871**

17. The Civil Rights Act of 1871 is a federal statute, numbered 42 U.S.C. § 1983, that allows people to sue the government for civil rights violations, and it applies when someone acting "under color of" state-level or local law has deprived a person of rights created by the U.S. Constitution or federal statutes;

18. Courts have determined that the "under color of" clause requires that the wrongdoer qualify, at least in some sense, as a representative of the state when depriving the victim of civil rights - in a nutshell, the clause refers to people who misuse some kind of authority that they get from state or federal law;

**CRIMINAL ACTS**

19. Under the federal criminal code, Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States;

20. For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties;

21. Persons acting under color of law within the meaning of this statute include law enforcement officials, judges, and any others acting as public officials;

22. It is not necessary that the crime be motivated by animus toward the

race, color, religion, sex, handicap, familial status or national origin of the victim;

23. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any;

24. Title 18 U.S.C. § 242 states: "Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States...shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death;"

**42 U.S. CODE § 2000EE-1. PRIVACY AND CIVIL LIBERTIES OFFICERS**

25. Under 42 U.S. Code § 2000ee-1 dealing with privacy and civil liberties officers, sub-section (e) pertaining to Reprisals For Making A Complaint, "No action constituting a reprisal, or threat of reprisal, for making a complaint or for disclosing information to a privacy officer or civil liberties officer described in subsection (a) or (b), or to the Privacy and Civil Liberties Oversight Board, that indicates a possible violation of privacy protections or civil liberties in the administration of the programs and operations of the Federal Government relating to efforts to protect the Nation from terrorism shall be taken by any Federal employee in a position to take such action, unless the complaint was made or the information was disclosed with the knowledge that it was false or with willful disregard for its truth or falsity."

**SPECIFIC MISCONDUCT AND ILLEGAL BEHAVIOR OF THE DEFENDANTS**

26. As show in the attached **EXHIBITS**, the various co-defendants acting jointly and severally liable, engaged and embarked on the following federal crimes, torts, violations of law, and other acts thus prompting this federal lawsuit:

27. As per the attached **EXHIBITS** New York Supreme Court Erika Edwards openly lies, covers up for Family Court Support Magistrate Kevin Mahoney, Assistant Attorney General Shi Shi Wang, Family Court Judge Anna Lewis, and others, in her written Decision (which could have

been contributed to and written by her law clerks Alana Gardner and Joshua Rodriguez) in the following manner: (A) glosses over the fact that the below family court downward modification case took more than 3 years not the statutory maximum of 2 years; (B) ignores that the COVID19 complete government shutdown of the courts (undersigned lawyers bread and butter) or his bankruptcy filing case SDNY 23-22095 would have risen to "changed circumstances" necessitating a downward modification; (C)does not define her constant use of the phrase "questionable testimony" which guides her decision to deny Plaintiff's downward modification; (D) completely ignores the CSSA and its New York equivalent FCA § 413 which mandates the production of financials of BOTH parents, custodial and non, even though custodial parent did not provide any financials required by black letter law before issuing a child support order decision; (E) lies and states that Plaintiff is currently paying 50% of his income (CSSA mandates 25%) when it is in fact closer to 2000%; (F) ignores the fact that New York Family Court Judge Anna Lewis issued her "decision" after Plaintiff filed his New York Supreme Court action, because he could no longer wait another 3 years at $2000 per month for these lazy malicious government employees to get it together; (G) lies and states that Plaintiff is requesting to pay $250 per week, when by his financials it should be $100 per week; (G) ignores the fact that the ECF law clerk inexplicably and illegally deleted Plaintiff's Temporary Restraining Order ("TRO") application first filed as Motion 1, which she ignored, to skew and make it look like

it was Motion 2; (H) ignores that Plaintiff's WHEREFORE ending clause clearly requests specific relief; (I) ignores that New York Court of Claims lacks jurisdiction over individual defendants (including government workers), torts, crimes, and other legal and equitable relief; (J) wrongfully bestows "judicial immunity" on the crimes and torts of Kevin Mahoney, who is not only not a "judge," but not even a "lawyer," let alone even a college graduate, who barely graduated high school, truly an unacceptable individual to determine such complex legal and factual disputes tending to directly affect Plaintiff's life, liberty, property, and freedom; (K) ignores that both New York Family Court and New York Supreme Court have concurrent jurisdiction over family court matters; (L) improperly granted a premature Motion to Dismiss when there are *bona fide*, legitimate and material disputes of both fact and law, thus violating CPLR 3211; (M) other glaring errors of law and fact.

28. It is alleged that wealthy Jewish billionaire oligarchs, in exchange for assisting defendants financially, or because they are beholden to them, are abusing their government positions by going after lawyers and litigants who criticize or file lawsuits against their Jewish billionaire oligarch cronies, business contacts, or because Plaintiff criticizes U.S. foreign and domestic policy influenced by Organized Jewry or blindly supporting Israel's human rights violations against Palestinians and other Muslims/Arabs, such as undersigned lawyer Rahul Manchanda and my law license and law firm.

**AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANTS**

29. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 28 of this Complaint;

30. Plaintiff herein sues for actual and punitive damages in the amount of $20,000,000 for gross and rampant violations of 42 U.S.C. § 1983 pertaining to a civil action for deprivation of rights under the color of law and authority by government/judicial/public official defendants;

**AS AND FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANTS**

31. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 28 of this Complaint.

32. Plaintiff herein sues for actual and punitive damages in the amount of $20,000,000 for gross and rampant violations of 42 U.S.C. § 2000ee-1(e) dealing with Reprisals/Retaliation for filing *bona fide* legitimate complaints against government employees;

**AS AND FOR A THIRD CAUSE OF ACTION AGAINST DEFENDANTS**

33. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 28 of this Complaint.

34. Plaintiff herein sues for actual and punitive damages in the amount of $20,000,000 for gross and rampant violations of the federal Child Support Standards Act ("CSSA") by Defendants;

**AS AND FOR A FOURTH CAUSE OF ACTION AGAINST DEFENDANTS**

35. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 28 of this Complaint.

36. Plaintiff herein sues for actual and punitive damages in the amount of $20,000,000 for Abuse of Process by the Defendants;

**AS AND FOR A FIFTH CAUSE OF ACTION AGAINST DEFENDANTS**

37. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 28 of this Complaint.

38. Plaintiff herein sues for actual and punitive damages in the amount of $20,000,000 for Malicious Prosecution by Defendants;

**AS AND FOR A SIXTH CAUSE OF ACTION AGAINST DEFENDANTS**

39. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 28 of this Complaint.

40. Plaintiff herein sues for actual and punitive damages in the amount of $20,000,000 for Judicial Bias and Prejudice by the Defendants;

41. such other and further relief as this Court deems just and proper, including applicable interest, costs, expenses, and disbursements of this action.

**Dated:** New York, New York
October 25, 2023

Rahul Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (212) 968-8600