USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RAHUL MANCHANDA,

                Plaintiff,

    - against -

SHI SHI WANG,
*NYS Assistant Attorney General*, et al,

                Defendants.
-------------------------------------------------------------X

23-CV-9403 (JHR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff's Second Motion to compel the HHS is defective for the same reasons as Plaintiff's First Motion to compel HHS and is based on the same certificates of service, none of which demonstrate proper service (by mail to HHS address in Washington, D.C. to HHS) as required by 45 C.F.R. 4.1 (requiring summons and complaint directed to HHS to be served by mail).  If Plaintiff renews the motion a third time but does not include the requisite proof of service, sanctions may be imposed.

    The Clerk of Court is respectfully requested to terminate the motion at Dkt. 27.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: December 19, 2023
        New York, New York

Copies transmitted this date to all counsel of record.