UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHUL MANCHANDA,

Plaintiff,

-against-

SHI SHI WANG, ET AL.,

Defendants.

23 CIVIL 9403 (JHR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 30, 2026, the Court (1) dismisses Plaintiff's claims—without prejudice only to the extent that the Court lacks subject matter jurisdiction, as detailed above; (2) declines to grant Plaintiff leave to amend his Complaint; and (3) denies the State Defendants' motion for a filing injunction as moot. Accordingly, judgment is entered in favor of Defendants and the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** Nelson Dulal [signature]
**Deputy Clerk**